XAVIER BECERRA
Attorney General of California
MICHAEL P. CAYABAN
Supervising Deputy Attorney General
PHILLIP M. HOOS, State Bar No. 288019
MICHAEL S. DORSI, State Bar No. 281865
M. ELAINE MECKENSTOCK, State Bar No. 268861
Deputy Attorneys General
  1515 Clay Street, 20th Floor
  Oakland, CA 94612-1492
  Telephone: (510) 879-0299
  Fax: (510) 622-2270
  E-mail: Elaine.Meckenstock@doj.ca.gov
*Attorneys for State Defendants*[1]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | 2:19-cv-02142-WBS-EFB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT OR AMENDED COMPLAINT** |
| v. | |
| THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; THE CALIFORNIA AIR RESOURCES BOARD; MARY D. NICHOLS, in her official capacity as Chair of the California Air Resources Board and as Vice Chair and a board member of the Western Climate Initiative, Inc.; WESTERN CLIMATE INITIATIVE, INC.; JARED BLUMENFELD, in his official capacity as Secretary for Environmental Protection and as a board member of the Western Climate Initiative, Inc.; KIP LIPPER, in his official capacity as a board member of the Western Climate Initiative, Inc., and RICHARD BLOOM, in his official capacity as a board member of the Western Climate Initiative, Inc., | Courtroom: 5<br>Judge: Hon. William B. Shubb<br><br>Action Filed: October 23, 2019<br>Trial Date: Not Set |
| Defendants. | |

---

[1] The State Defendants are State of California; Gavin C. Newsom, in his official capacity as Governor of the State of California; the California Air Resources Board; Mary D. Nichols, in her official capacity as Chair of the California Air Resources Board; and Jared Blumenfeld, in his official capacity as Secretary for Environmental Protection.

1

**STIPULATION**

This Stipulation and [Proposed] Order Extending Time for Defendants to Respond to Complaint or Amended Complaint is entered into by and between plaintiff the United States of America and all named defendants. The parties to this Stipulation, by and through their respective counsel, HEREBY STIPULATE as follows:

1. Plaintiff filed its complaint on October 23, 2019.

2. On October 29, 2019, the United States of America effected service of the complaint and summons on some, but not all, defendants. Thus, for some defendants, a responsive pleading is due on November 19, 2019. As to some of the defendants, service remains disputed.

3. Plaintiff United States of America and all defendants have agreed to extend the date for Defendants to answer or file a motion to dismiss to January 6, 2020.

4. There is good cause to grant the stipulated extension because:

- Defendants only finalized their representation arrangements last Friday, November 15, 2019;
- The United States intends to file an amended complaint by November 19, 2019;
- Defendants expect to require more than two weeks to complete their review of the pleadings, including the amended complaint, analyze the legal issues involved, and prepare their answer and/or moving papers;
- State Defendants' attorneys will require time to complete coordinated responses among multiple defendants, including two state agencies and the Governor;
- State Defendants' attorneys will require time to coordinate and complete internal and client review processes;
- State Defendants' attorneys and counsel for the other defendants will require time to coordinate, as warranted, on responsive pleadings;
- Defendants' attorneys and their clients have busy schedules and personal commitments during the upcoming holiday season; and
- The January 6, 2020 date is acceptable to all parties.

5. In return for an extension of time to respond to the complaint, all defendants waive any potential challenge to service of process regarding the complaint.

6. The extension of time to respond applies to the complaint filed on October 23, 2019 or to plaintiff's amended complaint if it is filed on or before November 19, 2019.

7. Under Eastern District of California Local Rule 144(a), an extension in excess of 28 days must be approved by the Court. This extension exceeds 28 days. Accordingly, the parties request the entry of an order extending the time to respond to January 6, 2020.

IT IS SO STIPULATED.

Dated: November 19, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MICHAEL P. CAYABAN
Supervising Deputy Attorney General

*/s/ M. Elaine Meckenstock*
M. ELAINE MECKENSTOCK
Deputy Attorney General
*Attorneys for State of California; Gavin C. Newsom, in his official capacity as Governor of the State of California, the California Air Resources Board; Mary D. Nichols, in her official capacity as Chair of the California Air Resources Board, and Jared Blumenfeld, in his official capacity as Secretary for Environmental Protection*

DELFINO, MADEEN, O'MALLEY, COYLE & KOWELER, LLP

*/s/ Monica Hans Folsom* (as authorized on November 19, 2019)
MONICA HANS FOLSOM
*Attorneys for Western Climate Initiative, Inc. ("WCI"), Mary D. Nichols, in her official capacity as Vice Chair and a board member of WCI, Jared Blumenfeld, in his official capacity as a board member of WCI, Kip Lipper, in his official capacity as a board member of WCI, and Richard Bloom, in his official capacity as a board member of WCI*

3

| | |
|---|---|
| 1 | JEFFREY BOSSERT CLARK<br>Assistant Attorney General |
| 2 | JONATHAN D. BRIGHTBILL<br>Principal Deputy Assistant Attorney General |
| 3 | |
| 4 | <u>*/s/ Paul E. Salamanca*</u>  (as authorized on <u>November 19, 2019)</u><br>PAUL E. SALAMANCA |
| 5 | PETER J. MCVEIGH<br>Environment & Natural Resources Division |
| 6 | United States Department of Justice<br>*Attorneys for Plaintiff United States of* |
| 7 | *America* |

4

# [~~PROPOSED~~] ORDER

All Parties jointly requested an extension of the deadline for Defendants to answer or move to dismiss the complaint or amended complaint to January 6, 2020. The parties having agreed and with good cause shown, the Court orders that the date for all defendants to answer or move to dismiss is extended to January 6, 2020.

Dated: November 22, 2019

/s/ Hon. John A. Mendez
for Hon. William B. Shubb
United States District Judge
Eastern District of California

OK2019105727
82240341.docx