UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. 2:19-cv-02142-WBS-EFB |
| Plaintiff, | |
| v. | ORDER |
| THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; THE CALIFORNIA AIR RESOURCES BOARD; MARY D. NICHOLS, in her official capacity as Chair of the California Air Resources Board and as Vice Chair and a board member of the Western Climate Initiative, Inc.; WESTERN CLIMATE INITIATIVE, INC.; JARED BLUMENFELD, in his official capacity as Secretary for Environmental Protection and as a board member of the Western Climate Initiative, Inc.; KIP LIPPER, in his official capacity as a board member of the Western Climate Initiative, Inc., and RICHARD BLOOM, in his official capacity as a board member of the Western Climate Initiative, Inc., | |
| Defendants. | |

----oo0oo----

On December 13, 2019, defendants filed a Motion to Take Plaintiff's Motion for Summary Judgment Off Calendar, or, in the Alternative, to Continue Plaintiff's Motion. (Docket No. 15.) Defendants applied ex parte for an order shortening time for briefing of and hearing on their motion, and to extend time to respond to plaintiff's Motion for Summary Judgment. (Docket No. 17.) Having considered defendants' motion, ex parte application, and plaintiff's opposition, the court finds oral argument unnecessary and hereby GRANTS defendants' application upon their showing of good cause.

- Defendants' Motion to Take Plaintiff's Motion for Summary Judgment Off Calendar or, in the Alternative, to Continue Plaintiff's Motion, is GRANTED. Defendants shall file their responsive pleading to the First Amended Complaint no later than January 6, 2020, in accordance with the parties' previous stipulation. (Docket No. 11.)
- Defendants shall respond to Plaintiff's Motion for Summary Judgment, by February 10, 2020, and hearing on that motion is reset for February 24, 2020, at 1:30 p.m.

IT IS SO ORDERED.

Dated: December 16, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE