1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   NICHOLAS W. VAN AELSTYN, Cal. Bar No. 158265
3   nvanaelstyn@sheppardmullin.com
   ZACHARY NORRIS, Cal. Bar No. 268616
4   znorris@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
5   San Francisco, California 94111-4109
   Telephone:  415.774.2970
6   Facsimile:   415.434.3947

7   Attorneys for Intervenor
   INTERNATIONAL EMISSIONS TRADING
8   ASSOCIATION

9

10             **UNITED STATES DISTRICT COURT**

11            **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 12   THE UNITED STATES OF AMERICA, | Case No. 2:19-cv-02142-WBS-EFB |
| 13            Plaintiff, | The Hon. William B. Shubb |
| 14      v. | **STIPULATION TO SHORTEN TIME FOR SCHEDULING HEARING DATE ON INTERNATIONAL EMISSION TRADING ASSOCIATION'S UNOPPOSED MOTION TO INTERVENE** |
| 15   THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; THE CALIFORNIA AIR RESOURCES BOARD; MARY D. NICHOLS, in her official capacities as Chair of the California Air Resources Board and as Vice Chair and a board member of the Western Climate Initiative, Inc.; WESTERN CLIMATE INITIATIVE, INC.; JARED BLUMENFELD, in his official capacities as Secretary for Environmental Protection and as a board member of the Western Climate Initiative, Inc.; KIP LIPPER, in his official capacity as a board member of the Western Climate Initiative, Inc., and RICHARD BLOOM, in his official capacity as a board member of the Western Climate Initiative, Inc., | |
|            Defendants. | |

1

## **STIPULATION**

2    Plaintiff the United States Department of Justice ("DOJ"), defendants the

3 State of California, Gavin C. Newsom in his official capacity as Governor of the

4 State of California, the California Air Resources Board, Mary D. Nichols in her

5 official capacities as the Chair of the California Air Resources Board and as Vice

6 Chair and a board member of the Western Climate Initiative, Inc., Western Climate

7 Initiative, Inc., Jared Blumenfeld in his official capacities as Secretary for

8 Environmental Protection and as a board member of the Western Climate Initiative,

9 Inc., Kip Lipper in his official capacity as a board member of the Western Climate

10 Initiative, Inc., and Richard Bloom, in his official capacity as a board member of the

11 Western Climate Initiative, Inc. (collectively, "Defendants"), and intervenor

12 International Emissions Trading Association ("IETA") (collectively, the "Parties"),

13 by and through their respective counsel of record, hereby stipulate and agree as

14 follows:

15    WHEREAS, DOJ filed this lawsuit against Defendants on October 23, 2019;

16    WHEREAS, on November 19, 2019, DOJ filed an Amended Complaint;

17    WHEREAS, on December 11, 2019, DOJ filed a Motion for Summary

18 Judgment ("MSJ");

19    WHEREAS, in accordance with the Court's Order dated December 16, 2019,

20 the hearing on the MSJ is currently set for February 24, 2020 at 1:30 p.m.;

21    WHEREAS, Defendants' deadline to file an opposition to the MSJ falls on

22 February 10, 2020;

23    WHEREAS, DOJ and Defendants have agreed not to oppose IETA's planned

24 Motion to Intervene;

25    WHEREAS, IETA is filing concurrently herewith an Unopposed Motion to

26 Intervene as a defendant (the "Unopposed Motion") in this lawsuit;

27

28

1    WHEREAS, pursuant to the Eastern District Local Rules the earliest hearing

2  date available for IETA's Unopposed Motion is February 10, 2020 – the same date

3  as the deadline for oppositions to the MSJ;

4    WHEREAS, IETA's concurrently filed Unopposed Motion contends that

5  IETA has a significant interest in this lawsuit and is entitled to intervene as a matter

6  of right given that its interests are not adequately represented by the existing parties;

7    WHEREAS, good cause exists for the Court to shorten the time for hearing

8  IETA's Unopposed Motion in accordance with Eastern District Local Rule 144(e)

9  because IETA would like an opportunity to be heard on the MSJ;

10    WHEREAS, good cause exists for the Court to shorten the time for hearing

11  IETA's Unopposed Motion because IETA otherwise may be deprived of an

12  opportunity to protect its interests in this lawsuit;

13    WHEREAS, good cause exists because the existing parties will not be

14  prejudiced by shortening the time for IETA's Unopposed Motion to be heard;

15    WHEREAS, good cause further exists because another unopposed motion to

16  intervene in this lawsuit has been noticed to be heard on January 27, 2020;

17    WHEREAS, the Parties have agreed to shorten the time for IETA's

18  Unopposed Motion to be heard;

19    NOW, THEREFORE, the Parties hereby stipulate and agree by and through

20  their respective counsel of record that IETA's Unopposed Motion will be heard on

21  January 27, 2020, or a date before January 27, 2020, as selected by the Court.

22

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    **IT IS SO STIPULATED.**

2

3    Dated:  January 6, 2020        SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

4

5                                   By:    _____
                                                 */s/ Nicholas W. van Aelstyn*
6                                          NICHOLAS W. VAN AELSTYN
                                           ZACHARY M. NORRIS
7

8                                          *Attorneys for Intervenor International*
                                           *Emissions Trading Association*
9

10   Dated:  January 6, 2020        JEFFREY BOSSERT CLARK
                                    Assistant Attorney General
11                                  JONATHEN D. BRIGHTBILL
                                    Principal Deputy Assistant Attorney General
12

13

14                                  By:    _____
                                                 */s/ Paul Emannuel Salamanca\**
15                                         PAUL EMMANUEL SALAMANCA
                                           PETER J. MCVEIGH
16                                         ENVIRONMENT & NATURAL RESOURCES
                                           DIVISION, UNITED STATES DEPARTMENT OF
17                                         JUSTICE
18

19                                         *Attorneys for Plaintiff United States of*
                                           *America*
20

21

22

23

24

25

26

27

28

SMRH:4833-7280-0176.2

1    Dated:  January 6, 2020          XAVIER BECERRA
2                                     Attorney General of California
                                      MICHAEL P. CAYABAN
3                                     Supervising Deputy Attorney General

4

5                                     By:          /s/ M. Elaine Meckenstock*
                                                _____
6                                               M. ELAINE MECKENSTOCK
                                                   Deputy Attorney General
7

8                                        Attorneys for State of California; Gavin C.
                                         Newsom, in his official capacity as Governor
9                                        of the State of California; the California Air
                                         Resources Board; Mary D. Nichols, in her
10                                       official capacity as Chair of the California Air
                                         Resources Board; and Jared Blumenfeld, in his
11                                       official capacity as Secretary for
12                                       Environmental Protection

13

14   Dated:  January 6, 2020          DELFINO, MADDEN, O'MALLEY, COYLE & KOEWLER,
                                      LLP
15

16

17                                    By:          /s/ Monica Hans Folsom*
                                                _____
18                                                 MONICA HANS FOLSOM

19                                       Attorneys for Western Climate Initiative, Inc.
                                         ("WCI"); Mary B. Nichols, in her official
20                                       capacity as Vice Chair and a board member of
                                         WCI; Jared Blumenfeld, as his official
21                                       capacity as a board member of WCI; Kip
                                         Lipper, in his official capacity as a board
22                                       member of WCI; and Richard Bloom, in his
23                                       official capacity as a board member of WCI

24

25   * These individuals granted authority to sign on their behalf on January 6, 2020,

26

27

28