# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; THE CALIFORNIA AIR RESOURCES BOARD; MARY D. NICHOLS, in her official capacities as Chair of the California Air Resources Board and as Vice Chair and a board member of the Western Climate Initiative, Inc.; WESTERN CLIMATE INITIATIVE, INC.; JARED BLUMENFELD, in his official capacities as Secretary for Environmental Protection and as a board member of the Western Climate Initiative, Inc.; KIP LIPPER, in his official capacity as a board member of the Western Climate Initiative, Inc., and RICHARD BLOOM, in his official capacity as a board member of the Western Climate Initiative, Inc.,<br><br>Defendants. | Case No. 2:19-cv-02142-WBS-EFB<br><br>The Hon. William B. Shubb<br><br>**ORDER TO SHORTEN TIME FOR HEARING ON INTERNATIONAL EMISSION TRADING ASSOCIATION'S UNOPPOSED MOTION TO INTERVENE** |

## ORDER

The Court, having considered the *Stipulation to Shorten Time for Scheduling Hearing Date on International Emissions Trading Association's Unopposed Motion to Intervene* ("Stipulation") submitted by the Parties, and good cause appearing therefore, hereby adopts and fully incorporates said Stipulation herein.

**WHEREFORE, IT IS HEREBY ORDERED** as follows:

The hearing on the International Emissions Trading Association's Unopposed Motion to Intervene shall be scheduled for January 27, 2020, at 1:30 p.m. in Courtroom 5 (WBS).

**IT IS SO ORDERED**.

Dated: January 7, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE