DELFINO MADDEN O'MALLEY COYLE
& KOEWLER LLP
MONICA HANS FOLSOM (SBN 227379)
KRISTIN N. IVANCO (SBN 294993)
500 Capitol Mall, Suite 1550
Sacramento, CA  95814
Telephone:    (916) 661-5700
Facsimile:     (916) 661-5701
mfolsom@delfinomadden.com
kivanco@delfinomadden.com

*Attorneys for WCI Defendants[1]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; THE CALIFORNIA AIR RESOURCES BOARD; MARY D. NICHOLS, in her official capacity as Chair of the California Air Resources Board and as Vice Chair and a board member of the Western Climate Initiative, Inc.; WESTERN CLIMATE INITIATIVE, INC.; JARED BLUMENFELD, in his official capacity as Secretary for Environmental Protection and as a board member of the Western Climate Initiative, Inc.; KIP LIPPER, in his official capacity as a board member of the Western Climate Initiative, Inc.; and RICHARD BLOOM, in his official capacity as a board member of the Western Climate Initiative, Inc.,<br><br>Defendants. | CASE NO. 2:19-cv-02142-WBS-EFB<br><br>**STATEMENT OF NON-OPPOSITION TO INTERVENOR INTERNATIONAL EMISSIONS TRADING ASSOCIATION'S MOTION TO INTERVENE AS A DEFENDANT**<br><br>Complaint Filed:  October 23, 2019<br>Trial Date:           Not Yet Scheduled<br><br>**Date:**          January 27, 2020<br>**Time:**          1:30 PM<br>**Courtroom:**  5<br>**Judge:**         William B. Shubb |

---

[1] The WCI Defendants are Western Climate Initiative, Inc. ("WCI, Inc."); Mary D. Nichols, in her official capacity as Vice Chair and a board member of WCI, Inc.; Jared Blumenfeld, Kip Lipper, and Richard Bloom, in their official capacities as board members of WCI, Inc.

{00142074.2}                                        1

TO THE COURT, ALL PARTIES HEREIN, AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants WESTERN CLIMATE INITIATIVE, INC. ("WCI"), MARY D. NICHOLS, in her official capacity as Vice Chair and a board member of WCI, and JARED BLUMENFELD, KIP LIPPER, and RICHARD BLOOM, in their official capacities as board members of WCI, do not oppose Intervenor INTERNATIONAL EMISSIONS TRADING ASSOCIATION's ("IETA") Motion to Intervene.

DATED: January 13, 2020             DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP


By: /s/ Monica Hans Folsom
    MONICA HANS FOLSOM
    Attorneys for WCI Defendants