UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. 2:19-cv-02142 WBS EFB |
| Plaintiff, | |
| v. | ORDER |
| THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; THE CALIFORNIA AIR RESOURCES BOARD; MARY D. NICHOLS, in her official capacity as Chair of the California Air Resources Board and as Vice Chair and a board member of the Western Climate Initiative, Inc.; WESTERN CLIMATE INITIATIVE, INC.; JARED BLUMENFELD, in his official capacity as Secretary for Environmental Protection and as a board member of the Western Climate Initiative, Inc.; KIP LIPPER, in his official capacity as a board member of the Western Climate Initiative, Inc., and RICHARD BLOOM, in his official capacity as a board member of the Western Climate Initiative, Inc., | |
| Defendants. | |

1

----oo0oo----

Plaintiff United States of America brought this action against defendant State of California and other related individuals and entities alleging California's cap-and-trade program violates, inter alia, the Treaty Clause and the Compact Clause of the United States Constitution. (First Am. Compl. ("FAC") (Docket No. 7).) Presently before the court are two unopposed motions to intervene as defendants: the first, filed by the Environmental Defense Fund ("EDF") and Natural Resources Defense Council ("NRDC"), (Docket No. 23), and the second filed by the International Emissions Trading Association ("IETA") (Docket No. 27).).

Having considered both motions and the statements of non-opposition filed by the existing parties (see Docket Nos. 31-34) the court will grant both motions.

IT IS THEREFORE ORDERED that the motions of EDF and NRDC (Docket No. 23) and IETA (Docket No. 27) to intervene as defendants in this action be, and the same thereby are, GRANTED, without prejudice to the right of the United States to object to any intervening defendant's Article III standing in this action. The hearing set for January 27, 2020 at 1:30 p.m. is VACATED.

Dated: January 14, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE