1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                                        Plaintiff,<br><br>            v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; THE CALIFORNIA AIR RESOURCES BOARD; MARY D. NICHOLS, in her official capacity as Chair of the California Air Resources Board and as Vice Chair and a board member of the Western Climate Initiative, Inc.; WESTERN CLIMATE INITIATIVE, INC.; JARED BLUMENFELD, in his official capacity as Secretary for Environmental Protection and as a board member of the Western Climate Initiative, Inc.; KIP LIPPER, in his official capacity as a board member of the Western Climate Initiative, Inc., and RICHARD BLOOM, in his official capacity as a board member of the Western Climate Initiative, Inc.,<br><br>                                        Defendants. | 2:19-cv-02142-WBS-EFB<br><br>**[PROPOSED] ORDER CONTINUING PRETRIAL SCHEDULING CONFERENCE**<br><br>Courtroom:    5<br>Judge:            Hon. William B. Shubb<br><br>Trial Date:     Not Set<br>Action Filed:  10/23/2019 |

1

1

**[PROPOSED] ORDER**

2   Having considered the Stipulation to Continue the Pretrial Scheduling Conference, and the

3   Parties having shown good cause, it is hereby ordered that the Parties' request is GRANTED.

4   The Status (Pretrial Scheduling) Conference, currently set for March 2, 2020, is taken off

5   calendar and will be rescheduled to the first available date on the undersigned's calendar that is at

6   least four weeks after the Court issues an order on the Motion for Summary Judgment (or the

7   Motion to Dismiss, if that is decided after the Motion for Summary Judgment). All deadlines

8   based on the Status (Pretrial Scheduling) Conference are reset based on the new Status

9   Conference date.

10

11   IT IS SO ORDERED.

12

13

14   _____
     Hon. William B. Shubb
     United States District Judge
15   Eastern District of California

16

17   OK2019105727
     21798634.docx