IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>       v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; THE CALIFORNIA AIR RESOURCES BOARD; MARY D. NICHOLS, in her official capacity as Chair of the California Air Resources Board and as Vice Chair and a board member of the Western Climate Initiative, Inc.; WESTERN CLIMATE INITIATIVE, INC.; JARED BLUMENFELD, in his official capacity as Secretary for Environmental Protection and as a board member of the Western Climate Initiative, Inc.; KIP LIPPER, in his official capacity as a board member of the Western Climate Initiative, Inc., and RICHARD BLOOM, in his official capacity as a board member of the Western Climate Initiative, Inc.,<br><br>                           Defendants. | 2:19-cv-02142-WBS-EFB<br><br>**ORDER CONTINUING PRETRIAL SCHEDULING CONFERENCE**<br><br>Courtroom:   5<br>Judge:         Hon. William B. Shubb<br><br>Trial Date:    Not Set<br>Action Filed: 10/23/2019 |

1

1  Having considered the Stipulation to Continue the Pretrial Scheduling Conference, and the
2  Parties having shown good cause, it is hereby ordered that the Parties' request is GRANTED.
3  The Status (Pretrial Scheduling) Conference, currently set for March 2, 2020 is continued
4  to **April 27, 2020 at 1:30 p.m.**  A joint status report shall be filed no later than **April 13, 2020**.

6  IT IS SO ORDERED.
7  Dated:  February 3, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

11  OK2019105727
    21798634.docx