UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; THE CALIFORNIA AIR RESOURCES BOARD; MARY D. NICHOLS, in her official capacity as Chair of the California Air Resources Board and as Vice Chair and a board member of the Western Climate Initiative, Inc.; WESTERN CLIMATE INITIATIVE, INC.; JARED BLUMENFELD, in his official capacity as Secretary for Environmental Protection and as a board member of the Western Climate Initiative, Inc.; KIP LIPPER, in his official capacity as a board member of the Western Climate Initiative, Inc., and RICHARD BLOOM, in his official capacity as a board member of the Western Climate Initiative, Inc.,<br><br>Defendants. | No. 2:19-cv-02142 WBS EFB<br><br><u>ORDER RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT SCHEDULING ORDER</u> |

1

----oo0oo----

The court having considered the arguments of counsel, the State of California's opposed ex parte application to modify the hearing date to accommodate its cross-motion for summary judgment (Docket No. 39) is DENIED, and the court adopts the following deadlines:

- February 10, 2020: Defendants will file opposition(s) and cross-motion(s) for summary judgment;
- February 18, 2020: Amici, if any, shall submit briefs;
- February 24, 2020: Plaintiff shall file its opposition to cross-motions for summary judgment and its responses to amici, if any;
- March 2, 2020: Defendants shall file replies in support of their cross-motions for summary judgment;
- March 9, 2020: Hearing on cross-motions for summary judgment at 1:30 p.m.

IT IS SO ORDERED.

Dated: February 6, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2