DELFINO MADDEN O'MALLEY COYLE
& KOEWLER LLP
MONICA HANS FOLSOM (SBN 227379)
KRISTIN N. IVANCO (SBN 294993)
500 Capitol Mall, Suite 1550
Sacramento, CA  95814
Telephone:      (916) 661-5700
Facsimile:       (916) 661-5701
mfolsom@delfinomadden.com
kivanco@delfinomadden.com

*Attorneys for the WCI, Inc. Defendants[1]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; THE CALIFORNIA AIR RESOURCES BOARD; MARY D. NICHOLS, in her official capacity as Chair of the California Air Resources Board and as Vice Chair and a board member of the Western Climate Initiative, Inc.; WESTERN CLIMATE INITIATIVE, INC.; JARED BLUMENFELD, in his official capacity as Secretary for Environmental Protection and as a board member of the Western Climate Initiative, Inc.; KIP LIPPER, in his official capacity as a board member of the Western Climate Initiative, Inc.; and RICHARD BLOOM, in his official capacity as a board member of the Western Climate Initiative, Inc.,<br><br>    Defendants. | CASE NO. 2:19-cv-02142-WBS-EFB<br><br>**WCI, INC. DEFENDANTS' NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed:  October 23, 2019<br>Trial Date:           Not Yet Scheduled<br><br>**Date:**           March 9, 2020<br>**Time:**          1:30 PM<br>**Courtroom:**  5<br>**Judge:**         William B. Shubb |

---

[1] The WCI, Inc. Defendants are Western Climate Initiative, Inc. ("WCI, Inc."); Mary D. Nichols, in her official capacity as Vice Chair and a board member of WCI, Inc.; Jared Blumenfeld, Kip Lipper, and Richard Bloom, in their official capacities as board members of WCI, Inc.

{00143153.2}            1

TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE that on March 9, 2020, at 1:30 p.m., or as soon thereafter as this matter may be heard in Department 5 of the above-entitled court located at 501 I Street, Sacramento, California 95814, Defendants Western Climate Initiative, Inc. ("WCI, Inc."), Mary D. Nichols, in her official capacity as Vice Chair and a board member of WCI, Inc., and Jared Blumenfeld, Kip Lipper, and Richard Bloom, in their official capacities as board members of WCI, Inc. (collectively, "WCI, Inc. Defendants") will, and hereby do, move this Court for an order granting summary judgment in their favor and against Plaintiff United States of America ("Plaintiff") as to the First and Second Claims in Plaintiff's Complaint ("Cross-Motion").

The WCI, Inc. Defendants make this Cross-Motion pursuant to Federal Rule of Civil Procedure 56 and Local Rule 260 on the grounds that there are no triable issues of material fact as to Plaintiff's first and second claims for violations of the Treaty and Compact Clauses as to the WCI, Inc. Defendants and such Defendants are entitled to judgment as a matter of law.

This Cross-Motion is based upon this Notice of Cross-Motion and Cross-Motion for Summary Judgment, the Memorandum of Points and Authorities in support thereof, the Separate Statement of Material Facts, the Declaration of Greg Tamblyn and all attachments thereto, and the Opposition to Plaintiff's Motion for Summary Judgment, including all documents submitted in support thereof and joinders related thereto, all filed concurrently herewith, any and all pleadings, papers and records on file in this action, all matters of which this Court has taken judicial notice, and upon any additional documents, evidence and arguments of counsel as may be presented at the hearing on the Motion and this Cross-Motion.

DATED: February 10, 2020

DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP

By: /s/ Monica Hans Folsom
MONICA HANS FOLSOM
KRISTIN N. IVANCO
Attorneys for WCI, Inc. Defendants