ELLEN F. ROSENBLUM
Attorney General
J. NICOLE DEFEVER  #030929
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Nicole.DeFever@doj.state.or.us

Counsel for Proposed Amicus Curiae Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; THE CALIFORNIA AIR RESOURCES BOARD; MARY D. NICHOLS, in her official capacity as Chair of the California Air Resources Board and as Vice Chair and a board member of the Western Climate Initiative, Inc.; WESTERN CLIMATE INITIATIVE, INC.; JARED BLUMENFELD, in his official capacity as Secretary for Environmental Protection and as a board member of the Western Climate Initiative, Inc.; KIP LIPPER, in his official capacity as a board member of the Western Climate Initiative, Inc., and RICHARD BLOOM, in his official capacity as a board member of the Western Climate Initiative, Inc.,<br><br>                    Defendants. | 2:19-cv-02142-WBS-EFB<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE THE STATES OF OREGON, CONNECTICUT, DELAWARE, ILLINOIS, MAINE, MARYLAND, MICHIGAN, MINNESOTA, NEW JERSEY, NEW YORK, RHODE ISLAND, VERMONT, WASHINGTON, AND THE COMMONWEALTH OF MASSACHUSETTS  IN SUPPORT OF STATE DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**EXPEDITED REVIEW REQUESTED**<br><br>Courtroom: 5<br>Judge:         Honorable William B. Shubb<br>Motion Date: February 24, 2020 at 1:30<br>MSJ Hearing: March 9, 2020 at 1:30<br>Trial Date:    Not Set<br>Action Filed: 10/23/2019 |

Page 1 -    MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that as soon as the matter may be heard, before the Honorable William B. Shubb, in Courtroom 5, of the U.S. District Court for the Eastern District of California, proposed *amici curiae* the states of Oregon, Connecticut, Delaware, Illinois, Maine, Maryland, Michigan, Minnesota, New Jersey, New York, Rhode Island, Vermont, Washington, and the Commonwealth of Massachusetts (collectively, the Proposed Amici), by and through undersigned counsel, will and hereby do respectfully move for leave to file the accompanying Amicus Brief in Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 12), pursuant to Local Rule 230 and this Court's February 6, 2020 Order Re: Cross-Motions for Summary Judgment Scheduling Order, ECF No. 43 ("Order"). A proposed order is attached.

Counsel for Proposed Amici conferred with counsel for the parties, who have consented to this motion, and to the motion being submitted on the papers pursuant to L.R. 230(g). This motion is timely pursuant to this Court's February 6 Order, which requires any amicus brief regarding the motion for summary judgment to be filed by February 18, 2020. ECF No. 43. In light of the Court's Order, the fact that this motion is unopposed, and the fact that the parties' motions for summary judgment are to be heard on March 9, 2020, Proposed Amici request that the Court either resolve this motion on the papers without hearing, or hear this motion on or before February 24.

**ARGUMENT**

The Ninth Circuit has held that "[t]he district court has broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *overruled on other grounds by Sandin v. Connor*, 515 U.S. 472 (1995). This court has allowed amicus briefs when "the amicus has unique information and perspective that can help the court beyond the help that the lawyers from the nonparties are able to provide." *Nat'l Petrochemical & Refiners Ass'n v. Golstene*, No. CFV10- 163 LJO DLB, 2010 WL 2228471, at *1 (E.D. Cal. June 3, 2010).

Page 2 -   MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

Proposed Amici are the states of Oregon, Connecticut, Washington, Illinois, Michigan, Minnesota, Delaware, New Jersey, Maine, Maryland, New York, Vermont, Rhode Island, and the Commonwealth of Massachusetts. As sovereign states who frequently participate in interjurisdictional agreements like the one at issue in this case, proposed amici have a unique perspective that will help the court's analysis.

This Court has noted that "[t]he Federal Rules of Civil Procedure do not set forth the manner and circumstances in which an amicus brief may be filed in district court. District courts therefore rely on Federal Rule of Appellate Procedure 29 in addressing such requests." *Earth Island Institute v. Nash*, No. 1:19-cv-01420-DAD-SAB, 2019 WL 6790682, at *1 (E.D. Cal. Feb. 12, 2019). Proposed Amici note that Rule 29(a)(2) provides that "a state may file an amicus brief without the consent of the parties or leave of court." Although that provision does not bind this court, it reflects the judgment of the appellate courts that amicus briefs from states are frequently helpful and deserve consideration.

## CONCLUSION

For these reasons, Proposed Amici respectfully request that the Court grant this motion and order the Clerk to lodge the States' proposed *amici curaie* brief on the docket. Proposed Amici request that the Court grant this motion without oral argument or, alternatively, hear this motion on or before February 24, 2020.

DATED February 18, 2020.

    Respectfully submitted,
    ELLEN F. ROSENBLUM
    Attorney General

    *s/ J. Nicole DeFever*
    J. NICOLE DEFEVER CA#191525
    SETH T. KARPINSKI CA#137748
    Senior Assistant Attorney General
    Trial Attorney
    Tel (971) 673-1880
    Nicole.DeFever@doj.state.or.us
    seth.t.karpinski@doj.state.or.us
    Of Attorneys for State of Oregon

Page 3 -   MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

WILLIAM TONG
*Attorney General of Connecticut*
165 Capitol Ave.
Hartford, Connecticut, 06106

AARON M. FREY
*Attorney General of Maine*
6 State House Station
Augusta, Maine 04333

ROBERT W. FERGUSON
*Attorney General of Washington*
P.O. Box 40117
Olympia, WA 98504

THOMAS J. DONOVAN JR.
*Attorney General of Vermont*
109 State Street
Montpelier, Vermont 05609

LETITIA JAMES
*Attorney General of New York*
28 Liberty Street
New York, NY 10005

BRIAN E. FROSH
*Attorney General of Maryland*
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202

MAURA HEALEY
*Attorney General of Massachusetts*
One Ashburton Place, 18th Floor
Boston, MA 02108

DANA NESSEL
*Michigan Attorney General*
P.O. Box 30212
Lansing, Michigan 48909

KWAME RAOUL
*Illinois Attorney General*
100 West Randolph St.
Chicago, IL 60601

GURBIR S. GREWAL
*Attorney General of New Jersey*
Richard J. Hughes Justice Complex
25 Market Street
Trenton, NJ 08625

Page 4 -    MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

|  |  |
|---|---|
| 1 | KATHLEEN JENNINGS |
| 2 | *Attorney General of Delaware* |
|  | 820 N. French Street |
| 3 | Wilmington, Delaware 19801 |
| 4 | KEITH ELLISON |
|  | *Attorney General of Minnesota* |
| 5 | 445 Minnesota St., Ste. 1400 |
|  | St. Paul, Minnesota 55101 |
| 6 |  |
| 7 | PETER F. NERONHA |
|  | *Attorney General of Rhode Island* |
|  | 150 South Main Street |
| 8 | Providence, RI 02903 |

Page 5 -   MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

## CERTIFICATE OF SERVICE

I certify that on February __18__, 2020, I served the foregoing **UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE THE STATES OF OREGON, CONNECTICUT, DELAWARE, ILLINOIS, MAINE, MARYLAND, MICHIGAN, MINNESOTA, NEW JERSEY, NEW YORK, RHODE ISLAND, VERMONT, WASHINGTON, AND THE COMMONWEALTH OF MASSACHUSETTS IN SUPPORT OF STATE DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| PAUL E. SALAMANCA | ___ HAND DELIVERY |
| PETER J. MCVEIGH | ___ MAIL DELIVERY |
| *Attorneys for plaintiff united states of America* | ___ OVERNIGHT MAIL |
| Environment & Natural Resources Division, | ___ TELECOPY (FAX) |
| United States Department of Justice | ___ E-MAIL |
| | _X_ E-SERVE |
| | |
| JEFFREY BOSSERT CLARK | |
| *Assistant Attorney General* | |
| JONATHAN D. BRIGHBILL | |
| *Principal Deputy Assistant Attorney General* | |
| MATTHEW D. ZINN | ___ HAND DELIVERY |
| Shute, Mihaly & Weinberger LLP | ___ MAIL DELIVERY |
| *Attorneys for Defendant-Intervenors* | ___ OVERNIGHT MAIL |
| *Environmental Defense Fund and Natural* | ___ TELECOPY (FAX) |
| *Resources Defense Council* | ___ E-MAIL |
| | _X_ E-SERVE |
| | |
| XAVIER BECERRA | ___ HAND DELIVERY |
| *Attorney General of California* | ___ MAIL DELIVERY |
| | ___ OVERNIGHT MAIL |
| | ___ TELECOPY (FAX) |
| | ___ E-MAIL |
| | _X_ E-SERVE |
| | |
| MICHAEL P. CAYABAN | ___ HAND DELIVERY |
| Supervising Deputy Attorney General | ___ MAIL DELIVERY |
| *Attorneys for State Defendants* | ___ OVERNIGHT MAIL |
| | ___ TELECOPY (FAX) |
| | ___ E-MAIL |
| | _X_ E-SERVE |

Page 1 -   CERTIFICATE OF SERVICE
          JND/j3b/JUSTICE-#10103564-v1-CalCapxxxxCertificate_of_Service
                          Department of Justice
                          100 SW Market Street
                          Portland, OR 97201
                      (971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| M. ELAINE MECKENSTOCK<br>Deputy Attorney General<br>*Attorneys for State Defendants* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> X  E-SERVE |
| MONICA HANS FOLSOM<br>Delfino, Madden, O'Malley, Coyle<br>& Koewler LLP<br>*Attorneys for WCI, Inc. Defendants* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> X  E-SERVE |
| NICHOLAS W. VAN AELSTYN<br>Sheppard, Mullin, Richter & Hampton LLP<br>*Attorneys for Defendant-Intervenor*<br>*International Emissions Trading Association* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> X  E-SERVE |
| WILLIAM TONG<br>*Attorney General of Connecticut*<br>165 Capitol Ave.<br>Hartford, Connecticut | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> X  E-SERVE |
| AARON M. FREY<br>*Attorney General of Maine*<br>6 State House Station<br>Augusta, Maine 04333 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> X  E-SERVE |
| ROBERT W. FERGUSON<br>*Attorney General of Washington*<br>P.O. Box 40117<br>Olympia, WA 98504 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> X  E-SERVE |
| THOMAS J. DONOVAN JR.<br>*Attorney General of Vermont*<br>109 State Street<br>Montpelier, Vermont 05609 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> X  E-SERVE |

Page 2 -   CERTIFICATE OF SERVICE
           JND/j3b/JUSTICE-#10103564-v1-CalCapxxxxCertificate_of_Service
                               Department of Justice
                               100 SW Market Street
                               Portland, OR 97201
                        (971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| LETITIA JAMES<br>*Attorney General of New York*<br>200 Saint Paul Place, 20th Floor<br>New York, NY 10005 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |
| BRIAN E. FROSH<br>*Attorney General of Maryland*<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |
| MAURA HEALEY<br>*Attorney General of Massachusetts*<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |
| DANA NESSEL<br>*Michigan Attorney General*<br>P.O. Box 30212<br>Lansing, Michigan 48909 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |
| KWAME RAOUL<br>*Illinois Attorney General*<br>100 West Randolph Street<br>Chicago, IL 60601 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |
| GURBIR S. GREWAL<br>*Attorney General of New Jersey*<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>Trenton, NJ 08625 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |
| KATHLEEN JENNINGS<br>*Attorney General of Delaware*<br>802 N. French Street<br>Wilmington, Delaware 19801 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>_X_ E-SERVE |

Page 3 -   CERTIFICATE OF SERVICE
        JND/j3b/JUSTICE-#10103564-v1-CalCapxxxxCertificate_of_Service
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| KEITH ELLISON<br>*Attorney General of Minnesota*<br>445 Minnesota St., Ste. 1400<br>St. Paul, Minnesota 55101 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> X  E-SERVE |
| PETER F. NERONHA<br>*Attorney General of Rhode Island*<br>150 South Main Street<br>Providence, RI 02903 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> X  E-SERVE |

    *s/ J. Nicole DeFever*
J. NICOLE DEFEVER CA#191525
SETH T. KARPINSKI CA#137748
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
Nicole.DeFever@doj.state.or.us
seth.t.karpinski@doj.state.or.us
Of Attorneys for State of Oregon

Page 4 -   CERTIFICATE OF SERVICE
    JND/j3b/JUSTICE-#10103564-v1-CalCapxxxxCertificate_of_Service
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000