A. Marisa Chun (SBN 160351)
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827
MChun@crowell.com

Harold Hongju Koh (*pro hac vice* pending)
YALE LAW SCHOOL
PETER GRUBER RULE OF LAW CLINIC
P.O. Box 208215
New Haven, CT 06520
Telephone: 203.432.4932
harold.koh@ylsclinics.org

*Attorneys for Amici Curiae*
*Former U.S. Diplomats and Government Officials*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; THE CALIFORNIA AIR RESOURCES BOARD; MARY D. NICHOLS, in her official capacity as Chair of the California Air Resources Board and as Vice Chair and board member of the Western Climate Initiative, Inc.; JARED BLUMENFELD, in his official capacity as Secretary for Environmental Protection and as a board member of the Western Climate Initiative, Inc.; KIP LIPPER, in his official capacity as a board member of the Western Climate Initiative, Inc., and RICHARD BLOOM, in his official capacity as a board member of the Western Climate Initiative, Inc.,<br><br>Defendants. | Case No. 2:19-cv-02142-WBS-EFB<br><br>**ORDER GRANTING CONSENT MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* FORMER U.S. DIPLOMATS AND GOVERNMENT OFFICIALS** |

1   The Court has reviewed and considered the timely consent motion of the Former United States Diplomats and Government Officials (Susan Biniaz, Antony Blinken, Carol M. Browner, William J. Burns, Stuart Eizenstat, Avril D. Haines, John F. Kerry, Gina McCarthy, Jonathan Pershing, John Podesta, Susan E. Rice, Wendy R. Sherman and Todd D. Stern) for leave to file a brief as *amici curiae*. The motion is GRANTED, and the proposed *amici curiae* brief attached to said motion is deemed filed.

IT IS SO ORDERED.

Dated: February 19, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SFACTIVE-905512398.3