ELLEN F. ROSENBLUM
Attorney General
J. NICOLE DEFEVER  #030929
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Nicole.DeFever@doj.state.or.us

Counsel for Proposed Amicus Curiae Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; THE CALIFORNIA AIR RESOURCES BOARD; MARY D. NICHOLS, in her official capacity as Chair of the California B. Air Resources Board and as Vice Chair and a board member of the Western Climate Initiative, Inc.; WESTERN CLIMATE INITIATIVE, INC.; JARED BLUMENFELD, in his official capacity as Secretary for Environmental Protection and as a board member of the Western Climate Initiative, Inc.; KIP LIPPER, in his official capacity as a board member of the Western Climate Initiative, Inc., and RICHARD BLOOM, in his official capacity as a board member of the Western Climate Initiative, Inc.,<br><br>Defendants. | 2:19-cv-02142-WBS-EFB<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE THE STATES OF OREGON, CONNECTICUT, DELAWARE, ILLINOIS, MAINE, MARYLAND, MICHIGAN, MINNESOTA, NEW JERSEY, NEW YORK, RHODE ISLAND, VERMONT, WASHINGTON, AND THE COMMONWEALTH OF MASSACHUSETTS IN SUPPORT OF STATE GOVERNMENTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Page 1 -PROPOSED ORDER FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

Department of Justice
**Error! Unknown document property name.**
**Error! Unknown document property name.**, **Error! Unknown document property name. Error! Unknown document property name.**
**Error! Unknown document property name.** / Fax: **Error! Unknown document property name.**

1  Before this Court is the Unopposed motion by the States of Oregon, Connecticut, Washington, Illinois, Michigan, Minnesota, Delaware, New Jersey, Maine, Maryland, New York, Vermont, Rhode Island, and the Commonwealth of Massachusetts (collectively "Proposed Amici") to file an *amici curiae* brief in opposition to Plaintiff's Motion for Summary Judgment. The Proposed Amici's Motion is GRANTED, and the Proposed Amici's *amici curiae* brief that is attached to its Motion is hereby filed.

Dated: February 19, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Page 2 - PROPOSED ORDER FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

Department of Justice
**Error! Unknown document property name.**
**Error! Unknown document property name.**, **Error! Unknown document property name. Error! Unknown document property name.**
**Error! Unknown document property name.** / Fax: **Error! Unknown document property name.**