1  KEVIN POLONCARZ (State Bar No. 211434)
   JAKE LEVINE (State Bar No. 304939)
2  COVINGTON & BURLING LLP
   415 Mission Street, Suite 5400
3  San Francisco, California 94105
   Telephone: (415) 591-6000
4  Fax: (415) 591-6091

5  GARY GUZY (*pro hac vice* pending)
   JACK MIZERAK (*pro hac vice* pending)
6  LINDSAY BREWER (*pro hac vice* pending)
   COVINGTON & BURLING LLP
7  850 Tenth St. N.W.
   Washington, D.C. 20001
8  Telephone: (202) 662-6000
   Fax: (202) 662-6291

Attorneys for Proposed *Amicus Curiae* The Nature Conservancy

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 2:19-cv-02142-WBS-EFB |
| Plaintiff, | **ORDER** |
| v. | |
| THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his official capacity as the Governor of the State of California; THE CALIFORNIA AIR RESOURCES BOARD; MARY D. NICHOLS, in her official capacities as Chair of the California Air Resources Board and a board member of the Western Climate Initiative, Inc.; WESTERN CLIMATE INITIATIVE, INC.; JARED BLUMENFELD, in his official capacities as Secretary for Environmental Protection and as a board member of the Western Climate Initiative, Inc.; KIP LIPPER, in his official capacity as a board member of the Western Climate Initiative, Inc. ; and RICHARD BLOOM, in his official capacity as a board member of the Western Climate Initiative, Inc.; | |
| Defendants. | |

Having considered The Nature Conservancy's ("*Amicus*") Motion for Leave to File *Amicus Curiae* Brief in Support of Defendant's Motion for Summary Judgement, IT IS HEREBY ORDERED that the Unopposed Motion for Leave to File *Amicus Curiae* Brief is GRANTED.

IT IS SO ORDERED.

Dated: February 19, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Kevin Poloncarz, certify that, on February 18, 2020, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated: February 18, 2020  /s/ <u>Kevin Poloncarz</u>
Kevin Poloncarz