UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; THE CALIFORNIA AIR RESOURCES BOARD; MARY D. NICHOLS, in her official capacity as Chair of the California Air Resources Board and as Vice Chair and a board member of the Western Climate Initiative, Inc.; WESTERN CLIMATE INITIATIVE, INC.; JARED BLUMENFELD, in his official capacity as Secretary for Environmental Protection and as a board member of the Western Climate Initiative, Inc.; KIP LIPPER, in his official capacity as a board member of the Western Climate Initiative, Inc., and RICHARD BLOOM, in his official capacity as a board member of the Western Climate Initiative, Inc.,<br><br>　　　　Defendants. | No. 2:19-cv-02142 WBS EFB<br><br>ORDER |

1

        The court notes that although the First Amended Complaint in this action contains four causes of action the parties in their cross-motions have moved for summary judgment only on the Article I Treaty Clause and Compact Clause claims. (Docket Nos. 12, 46, 50.)  The court does not wish to decide this case piecemeal unless necessary.  Therefore, on or before Monday, March 2, 2020 at noon (PST), each of the parties is hereby ORDERED to provide a short supplemental brief explaining the reasons why they have not also moved for summary judgment on the Foreign Affairs Doctrine and Foreign Commerce Clause claims.

        IT IS SO ORDERED.

Dated: February 26, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE