IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>  v.<br><br>THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; THE CALIFORNIA AIR RESOURCES BOARD; MARY D. NICHOLS, in her official capacity as Chair of the California Air Resources Board and as Vice Chair and a board member of the Western Climate Initiative, Inc.; WESTERN CLIMATE INITIATIVE, INC.; JARED BLUMENFELD, in his official capacity as Secretary for Environmental Protection and as a board member of the Western Climate Initiative, Inc.,<br><br>                    Defendants. | 2:19-cv-02142-WBS-EFB<br><br>**ORDER CONTINUING PRETRIAL SCHEDULING CONFERENCE**<br><br>Courtroom:  5<br>Judge:       Hon. William B. Shubb<br><br>Trial Date:  Not Set<br>Action Filed:  10/23/2019 |

1

Having considered the Stipulation to Continue the Pretrial Scheduling Conference, and the Parties having shown good cause, it is hereby ordered that the Parties' request is GRANTED.

The Scheduling Conference, currently set for April 27, 2020 at 1:30 p.m., is continued to **June 22, 2020 at 1:30 p.m.** All deadlines based on the Scheduling Conference are reset based on the new Status Conference date. The Parties shall hold the Rule 26(f) conference no later than **May 26, 2020** and shall file a joint status report no later than **June 8, 2020**.

IT IS SO ORDERED.

Dated: April 3, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE