1  XAVIER BECERRA
   Attorney General of California
2  MICHAEL P. CAYABAN
   Supervising Deputy Attorney General
3  PHILLIP M. HOOS, State Bar No. 288019
   M. ELAINE MECKENSTOCK, State Bar No. 268861
4  MICHAEL S. DORSI, State Bar No. 281865
   Deputy Attorneys General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone:  (415) 510-3802
     Fax:  (415) 703-5480
7    E-mail:  Michael.Dorsi@doj.ca.gov
   *Attorneys for State Defendants*[1]

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  THE UNITED STATES OF AMERICA,        2:19-cv-02142-WBS-EFB

12                        Plaintiff,

13         v.

14  THE STATE OF CALIFORNIA; GAVIN C.    **STIPULATION AND ORDER SETTING**
    NEWSOM, in his official capacity as  **BRIEFING SCHEDULE ON CROSS-**
15  Governor of the State of California; THE  **MOTIONS FOR SUMMARY**
    CALIFORNIA AIR RESOURCES BOARD;      **JUDGMENT**
16  MARY D. NICHOLS, in her official capacity
    as Chair of the California Air Resources Board
17  and as Vice Chair and a board member of the
    Western Climate Initiative, Inc.; WESTERN
18  CLIMATE INITIATIVE, INC.; JARED
    BLUMENFELD, in his official capacity as
19  Secretary for Environmental Protection and as
    a board member of the Western Climate
20  Initiative, Inc.,

                         Defendants.

21

22

23

24

25

---

26   [1] The State Defendants are State of California; Gavin C. Newsom, in his official capacity
    as Governor of the State of California; the California Air Resources Board; Mary D. Nichols, in
27  her official capacity as Chair of the California Air Resources Board; and Jared Blumenfeld, in his
    official capacity as Secretary for Environmental Protection.
28

1

**STIPULATION**

WHEREAS, Plaintiff filed its Second Motion for Summary Judgment (ECF No. 102) on April 20, 2020, and the hearing on said motion is currently set for June 1, 2020;

WHEREAS, State Defendants intend to cross-move for summary judgment;

WHEREAS, the briefing schedule under Eastern District of California Local Rule 230 would permit only one week for Plaintiff to prepare its reply brief and has no applicable scheduling rules for briefs of amicus curiae or cross-motions;

WHEREAS, the parties conferred and prefer an alternate briefing schedule that will (1) allow the filing of briefs by amicus curiae supporting Defendants after Defendants file briefs but before Plaintiff's file their opposition and reply, modeled on Federal Rule of Appellate Procedure 29 and (2) provide some additional time for both Plaintiff's opposition and reply and Defendants' reply;

WHEREAS, the parties were able to reach agreement as to the schedule for amicus curiae supporting Defendants and for Plaintiff's opposition and reply brief and desire to provide certainty, as to those dates, to the parties and the Court;

WHEREAS, this Court has the power to issue an order when extending or shortening time;

THEREFORE, the Parties to this Stipulation, by and through their respective counsel, stipulate to and jointly request that the Court order the following briefing schedule:

- <u>May 18, 2020</u>: Defendants to file opposition(s) and cross-motion(s) for summary judgment (unchanged).
- <u>May 26, 2020</u>: Amici supporting Defendants, if any, shall submit briefs.
- <u>June 8, 2020</u>: Plaintiff shall file its reply and opposition to cross-motions for summary judgment.
- <u>June 22, 2020</u>: Defendants shall file replies in support of their cross-motions for summary judgment.
- <u>June 29, 2020</u>: Hearing on cross-motions for summary judgment at 1:30 p.m.

1   The parties acknowledge that this Court has issued emergency orders to manage the Court's
2   business during the COVID-19 pandemic.  The parties do not intend for this Stipulation to
3   interfere with these orders.

4

5   Dated:  May 13, 2020                                              Respectfully submitted,

6                                                                                 XAVIER BECERRA
                                                                                   Attorney General of California
7                                                                                 MICHAEL P. CAYABAN
                                                                                   Supervising Deputy Attorney General
8

9                                                                                 */s/ Michael S. Dorsi*
                                                                                   MICHAEL S. DORSI
                                                                                   Deputy Attorney General
10                                                                                *Attorneys for State Defendants*

11

12                                                                                DELFINO, MADDEN, O'MALLEY, COYLE &
                                                                                   KOEWLER LLP

13                                                                                */s/ Monica Hans Folsom* (as authorized on
                                                                                   May 13, 2020)
14                                                                                MONICA HANS FOLSOM
                                                                                   *Attorneys for WCI, Inc. Defendants*[2]
15

16                                                                                JEFFREY BOSSERT CLARK
                                                                                   Assistant Attorney General
17                                                                                JONATHAN D. BRIGHTBILL
                                                                                   Principal Deputy Assistant Attorney General
18
                                                                                   */s/ Paul E. Salamanca*  (as authorized on
19                                                                                May 13, 2020)
                                                                                   PAUL E. SALAMANCA
20                                                                                PETER J. MCVEIGH
                                                                                   Environment & Natural Resources Division
21                                                                                United States Department of Justice
                                                                                   *Attorneys for Plaintiff United States of*
22                                                                                *America*

23

24

25

26   _____

27   [2] The WCI, Inc. Defendants are the Western Climate Initiative, Inc. ("WCI, Inc."), Mary D. Nichols, in her official capacity as Vice Chair and a board member of WCI, Inc., and Jared Blumenfeld, in his official capacity as a board member of WCI, Inc.
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SHUTE, MIHALY & WEINBERGER LLP

*/s/ Matthew D. Zinn* (as authorized on May 13, 2020)
MATTHEW D. ZINN
*Attorneys for Defendant-Intervenors Environmental Defense Fund and Natural Resources Defense Council*

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*/s/ Nicholas W. van Aelstyn* (as authorized on May 13, 2020)
NICHOLAS W. VAN AELSTYN
*Attorneys for Defendant-Intervenor International Emissions Trading Association*

4

**ORDER**

All parties stipulated to a briefing schedule for cross-motions for summary judgment (ECF Nos. 102 et seq.). The parties attest that they prefer this schedule to the operative schedule under Local Rule 230, and their proposed schedule preserves the ordinary week between the deadline for the last brief and the hearing date. Accordingly, the Court finds good cause and adopts the proposed schedule:

- <u>May 18, 2020</u>: Defendants to file opposition(s) and cross-motion(s) for summary judgment (unchanged).
- <u>May 26, 2020</u>: Amici, if any, shall submit briefs.
- <u>June 8, 2020</u>: Plaintiff shall file its reply, opposition to cross-motions for summary judgment and responses to amici, if any.
- <u>June 22, 2020</u>: Defendants shall file replies in support of their cross-motions for summary judgment.
- <u>June 29, 2020</u>: Hearing on cross-motions for summary judgment at 1:30 p.m.
- The Scheduling Conference is continued from June 22, 2020 to September 14, 2020 at 1:30 p.m. A joint status report shall be filed no later than August 31, 2020.

**IT IS SO ORDERED**

Dated: May 14, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE