1   KEVIN POLONCARZ (State Bar No. 211434)
    JAKE LEVINE (State Bar No. 304939)
2   COVINGTON & BURLING LLP
    415 Mission Street, Suite 5400
3   San Francisco, California 94105
    Telephone: (415) 591-6000
4   Fax: (415) 591-6091

5   GARY GUZY
    JACK MIZERAK
6   LINDSAY BREWER
    COVINGTON & BURLING LLP
7   850 Tenth St. N.W.
    Washington, D.C. 20001
8   Telephone:  (202) 662-6000
    Fax:  (202) 662-6291

9
    Attorneys for Proposed *Amicus Curiae* The Nature Conservancy
10
                        IN THE UNITED STATES DISTRICT COURT
11
                     FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13                                          )
    THE UNITED STATES OF AMERICA,           )
14                                          )        Case No. 2:19-cv-02142-WBS-EFB
                                            )
15                     Plaintiff,           )        **ORDER**
                                            )
16                                          )
                                            )
17                                          )
    v.                                      )
18                                          )
    THE STATE OF CALIFORNIA; GAVIN C.       )
19  NEWSOM, in his official capacity as the )
    Governor of the State of California; THE)
20  CALIFORNIA AIR RESOURCES BOARD;         )
    MARY D. NICHOLS, in her official capacities)
21  as Chair of the California Air Resources Board)
    and a board member of the Western Climate)
22  Initiative, Inc.; WESTERN CLIMATE       )
    INITIATIVE, INC.; JARED BLUMENFELD, in  )
23  his official capacities as Secretary for)
    Environmental Protection and as a board member)
24  of the Western Climate Initiative, Inc.; KIP)
    LIPPER, in his official capacity as a board)
25  member of the Western Climate Initiative, Inc. ;)
    and RICHARD BLOOM, in his official capacity)
26  as a board member of the Western Climate)
    Initiative, Inc.;                       )
27                                          )
                       Defendants.          )
28  _____    )

Having considered The Nature Conservancy's ("*Amicus*") Motion for Leave to File *Amicus Curiae* Brief in Support of Defendant's Second Motion for Summary Judgement, IT IS HEREBY ORDERED that the Unopposed Motion for Leave to File *Amicus Curiae* Brief is GRANTED.

IT IS SO ORDERED.

Dated:  May 27, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

**CERTIFICATE OF SERVICE**

2          I, Kevin Poloncarz, certify that, on May 26, 2020, I caused the foregoing to be served

3 upon counsel of record through the Court's electronic service system.

4

5          Dated: May 26, 2020                    /s/ Kevin Poloncarz
                                                   Kevin Poloncarz
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28