# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

CASE NO: **2:19–CV–02142–WBS–EFB**

v.

**STATE OF CALIFORNIA, ET AL.,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/17/20**

                                        **Keith Holland**
                                        Clerk of Court

ENTERED:  **July 17, 2020**

                      by: /s/ H. Kaminski _____
                                 Deputy Clerk