| | |
|---|---|
| 1 | JEFFREY BOSSERT CLARK |
| | Assistant Attorney General |
| 2 | JONATHAN D. BRIGHTBILL |
| | Principal Deputy Assistant Attorney General |
| 3 | PAUL E. SALAMANCA |
| 4 | R. JUSTIN SMITH |
| | PETER J. MCVEIGH |
| 5 | STEVEN W. BARNETT |
| | HUNTER J. KENDRICK |
| 6 | Attorneys |
| 7 | Environment & Natural Resources Division |
| | U.S. Department of Justice |
| 8 | 950 Pennsylvania Ave., N.W., Room 2139 |
| | Washington, D.C. 20530 |
| 9 | Attorneys for the United States |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cv-02142-WBS-EFB |
| Plaintiff, | |
| v. | **AMENDED REPRESENTATION STATEMENT ACCOMPANYING PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF APPEAL** |
| THE STATE OF CALIFORNIA; GAVIN C. NEWSOM, in his official capacity as Governor of the State of California; THE CALIFORNIA AIR RESOURCES BOARD; MARY D. NICHOLS, in her official capacities as Chair of the California Air Resources Board and as Vice Chair and a board member of the Western Climate Initiative, Inc.; WESTERN CLIMATE INITIATIVE, INC.; JARED BLUMENFELD, in his official capacities as Secretary for Environmental Protection and as a board member of the Western Climate Initiative, Inc.; KIP LIPPER, in his official capacity as a board member of the Western Climate Initiative, Inc., and RICHARD BLOOM, in his official capacity as a board member of the Western Climate Initiative, Inc., | |
| Defendants. | |

Pursuant to Circuit Rules 3-2(b) and 12-2, Appellants provide this Amended Representation Statement of all parties to this action.

| Appellant United States of America | Jeffrey Bossert Clark |
| | 950 Pennsylvania Ave., N.W. |

| | | |
|---|---|---|
| 1 | | Washington, D.C. 20530<br>Jclark@enrd.usdoj.gov<br>202-514-2701<br><br>Jonathan D. Brightbill<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530<br>Jonathan.Brightbill@usdoj.gov<br>202-514-2701<br><br>Paul E. Salamanca<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530<br>Paul.Salamanca@usdoj.gov<br>202-598-7264<br><br>R. Justin Smith<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530<br>Justin.Smith@usdoj.gov<br>202-514-0750<br><br>Steven W. Barnett<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530<br>Steven.Barnett@usdoj.gov<br>202-305-0472<br><br>Hunter J. Kendrick<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530<br>Hunter.J.Kendrick@usdoj.gov<br>202-514-3473<br><br>Peter J. McVeigh<br>950 Pennsylvania Ave., N.W.<br>Washington, D.C. 20530<br>Peter.McVeigh@usdoj.gov<br>202-514-4642 |
| 24<br>25<br>26<br>27 | Appellees State of California<br>Gavin C. Newsom<br>California Air Resources Board | Margaret E. Meckenstock<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612<br>Elaine.Meckenstock@doj.ca.gov<br>510-879-0299<br><br>Michael P. Cayaban |

| | | |
|---|---|---|
| | | 600 West Broadway, Suite 1800<br>San Diego, CA 92101<br>Mike.Cayaban@doj.ca.gov<br>619-738-9313<br><br>Michael S. Dorsi<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102<br>Michael.Dorsi@doj.ca.gov<br>415-510-3802<br><br>Phillip M. Hoos<br>600 W. Broadway. Suite 1800<br>San Diego, CA 92101<br>Phillipm.Hoos@doj.ca.gov<br>619-738-9301<br><br>Theodore A.B. McCombs<br>600 W. Broadway. Suite 1800<br>San Diego, CA 92101<br>Theodore.McCombs@doj.ca.gov<br>619-738-9003 |
| Appellees Mary D. Nichols<br>Jared Blumenfeld | Margaret E. Meckenstock<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612<br>Elaine.Meckenstock@doj.ca.gov<br>510-879-0299<br><br>Michael P. Cayaban<br>600 West Broadway, Suite 1800<br>San Diego, CA 92101<br>Mike.Cayaban@doj.ca.gov<br>619-738-9313<br><br>Michael S. Dorsi<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102<br>Michael.Dorsi@doj.ca.gov<br>415-510-3802<br><br>Monica H. Folsom<br>500 Capital Mall, Suite 1550<br>Sacramento, CA 95814<br>Mfolsom@delfinomadden.com<br>916-661-5701 |

| | | |
|---|---|---|
| 1 | | Phillip M. Hoos |
| 2 | | 600 W. Broadway. Suite 1800 |
| | | San Diego, CA 92101 |
| 3 | | Phillipm.Hoos@doj.ca.gov |
| | | 619-738-9301 |
| 4 | | |
| 5 | | Kristin N. Ivanco |
| | | 500 Capital Mall, Suite 1550 |
| 6 | | Sacramento, CA 95814 |
| | | Kivanco@delfinomadden.com |
| 7 | | 916-661-5700 |
| 8 | | Theodore A.B. McCombs |
| | | 600 W. Broadway. Suite 1800 |
| 9 | | San Diego, CA 92101 |
| 10 | | Theodore.McCombs@doj.ca.gov |
| | | 619-738-9003 |
| 11 | Appellees Western Climate Initiative, Inc. | Monica H. Folsom |
| 12 | Kip Lipper | 500 Capital Mall, Suite 1550 |
| | Richard Bloom | Sacramento, CA 95814 |
| 13 | | Mfolsom@delfinomadden.com |
| | | 916-661-5701 |
| 14 | | |
| 15 | | Kristin N. Ivanco |
| | | 500 Capital Mall, Suite 1550 |
| 16 | | Sacramento, CA 95814 |
| | | Kivanco@delfinomadden.com |
| 17 | | 916-661-5700 |
| 18 | Intervenors Environmental Defense Fund | Matthew D. Zinn |
| | Natural Resources Defense Council | 396 Hayes Street |
| 19 | | San Francisco, CA 94102 |
| 20 | | Zinn@smwlaw.com |
| | | 415-552-7272 |
| 21 | | |
| | | Patrick L. Woolsey |
| 22 | | 396 Hayes Street |
| | | San Francisco, CA 94102 |
| 23 | | Pwoolsey@smwlaw.com |
| | | 415-552-7272 |
| 24 | | |
| 25 | Intervenor International Emissions | Nicholas W. Van Aelstyn |
| | Trading Association | 4 Embarcadero Center, 17th Floor |
| 26 | | San Francisco, CA 94111 |
| | | Nvanaelstyn@sheppardmullin.com |
| 27 | | 415-434-9100 |
| 28 | | Zachary M. Norris |

| | |
|---|---|
| | 333 S. Hope St., 43rd Floor<br>Los Angeles, CA 90071-1422<br>Znorris@sheppardmullin.com<br>213-620-1780 |

Dated: September 17, 2020.

Respectfully submitted,

*/s/ Paul E. Salamanca*
JEFFREY BOSSERT CLARK
Assistant Attorney General
JONATHAN D. BRIGHTBILL
Principal Deputy Assistant Attorney General
PAUL E. SALAMANCA
R. JUSTIN SMITH
PETER J. MCVEIGH
STEVEN W. BARNETT
HUNTER J. KENDRICK

Attorneys
Environment & Natural Resources Division
U.S. Department of Justice